# Exhibit A


**ESQUIRE**

Atlanta
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



Tax Number: 45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

## Invoice # ESQ37340

ROBERT CAPOBIANCO ,ESQ.
JACKSON LEWIS, PC - ATLANTA
SUITE 1000
1155 PEACHTREE STREET NORTHEAST
ATLANTA, GA 30309

| Invoice Date | 12/23/2013 |
|---|---|
| Terms | NET 30 |
| Payment Due | 01/22/2014 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/12/2013 | WELKER, GREGORY vs. ORKIN, LLC | 19357 | 12/19/2013 | FED EX |

**Description**

Original Deposition for GREGORY EUGENE WELKER, 12/12/2013 (MACON, GA)
  EXHIBITS

*MATTER NUMBER: 223114*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 02/06/2014** | **$ 2,120.62** |
| Amount Due After 02/06/2014 | $ 2,332.68 |

---

Tax Number: 45-3463120



ESQUIRE

ROBERT CAPOBIANCO ,ESQ.
JACKSON LEWIS, PC - ATLANTA
SUITE 1000
1155 PEACHTREE STREET NORTHEAST
ATLANTA, GA 30309

Please detach and return this bottom portion with your payment
or pay online at www.esquireconnect.net

VISA

| | |
|---|---|
| Invoice #: | ESQ37340 |
| Payment Due: | 01/22/2014 |
| **Amount Due On/Before 02/06/2014** | **$ 2,120.62** |
| Amount Due After 02/06/2014 | $ 2,332.68 |

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

171 0000037340 12232013 9 000212062 0 01222014 02062014 9 000233268 76